## (January 5, 1962)

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WINFIELD I. NICHOLSON, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES E. MORROW, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Permission to prosecute appeals as poor persons granted. Appeals may be perfected upon one typewritten copy of the records and five typewritten copies of the briefs. Motions in all other respects denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Probate of the Will of CLARA L. BONESTEEL, Deceased. (Two Proceedings.) — Appeals dismissed, without costs unless appellants shall file and serve records, briefs and notes of issue for the March 1962 Term on or before February 19, 1962, in which event motions denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

## (January 8, 1962)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE POLITANO, Appellant.— Motion for permission to prosecute appeal as a poor person granted. Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.